Decided June 8, 2011

STATE OF CONNECTICUT *v.* EDWIN D. VEGA

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 20 (AC 31518), is denied.

*Cameron R. Dorman*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided June 8, 2011

STATE OF CONNECTICUT *v.* ANGEL LUIS SANCHEZ

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 1 (AC 31735), is granted, limited to the following issue: